United States Courts
Southern District of Texas
FILED

April 25, 2024

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | CRIMINAL NO. **4:24-cr-00214** |
| § | |
| vs. § | |
| § | |
| CHARLES BAKER, § | |
| ELIJAH BLACKWELL, § | |
| And § | |
| TRAVION ADAMS § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment, LOOMIS armored car service, has operating locations throughout the United States, and is engaged in the business of the secure transport of assets, including currency, throughout the United States which activities are in, and affecting interstate commerce.

### COUNT ONE

Title 18, United States Code, §§ 1951(a) and 2 - Aiding and Abetting Interfere with Commerce by Robbery

On or about March 11, 2024, in the Houston Division of the Southern District of Texas,

CHARLES BAKER,
ELIJAH BLACKWELL,
AND
TRAVION ADAMS

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of LOOMIS, which was in the possession and custody of LOOMIS, namely, United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

      In violation of Title 18, United States Code, §§ 1951(a) and 2.

A TRUE BILL:

Original Signature on File
_____
FOREMAN OF THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney

BY: *Jill Jenkins Stotts*
_____
JILL JENKINS STOTTS
Assistant United States Attorney

2