AO 199A (Rev. 06/19)  Order Setting Conditions of Release

United States District Court
Southern District of Texas

**ENTERED**
May 07, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
for the

Southern  District of  Texas

United States of America   )
    v.         )
          )   Case No.   4:24-cr-214--1
Charles Baker      )
_____ )
*Defendant*

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change ~~of residence or~~ telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear _____
                   *Date and Time*

   at _____
                   *Place*

   If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                    Page _2_ of _4_ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☒ )   (6)   The defendant is placed in the custody of:
Person or organization                    Lavanda Baker
Address *(only if above is an organization)*
City and state _____                                                                                        Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: *LaVanda R Baker* _____
                              Custodian                                                    Date

( ☒ )   (7)   The defendant must:
( ☒ )   (a)   submit to supervision by and report for supervision to the        Pretrial Services              05·06·24
                     telephone number _____ , no later than _____
( ☒ )   (b)   Maintain or actively seek FULL-TIME verifiable employment.
( ☐ )   (c)   continue or start an education program.
( ☒ )   (d)   surrender any passport to:   *N/A*
( ☒ )   (e)   not obtain a passport or other international travel document.
( ☒ )   (f)   abide by the following restrictions on personal association, residence, or travel:        Harris and surrounding counties
                     *Permission for PTS in advance for other travel.*
( ☒ )   (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
                     including:   Co Defendants or Co Conspirators Specifically ~~Charles Baker~~ or Elijah Blackwell   *or Travis Adams*
( ☒ )   (h)   get medical or psychiatric treatment:   *may be required if PTS requires it - they include*
                     *VA Services - Needs assessment.*
( ☐ )   (i)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
                     or the following purposes: _____
( ☐ )   (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☒ )   (k)   not possess a firearm, destructive device, or other weapon.
( ☒ )   (l)   not use alcohol (  ☐  ) at all (  ☒  ) excessively.
( ☒ )   (m)   not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical
                     medical practitioner. Do not use or consume products containing or marketed as cannabidiol (CBD).
( ☒ )   (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency
                     and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or
                     testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ☒ )   (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ☒ )   (p)   participate in one of the following location restriction programs and comply with its requirements as directed.
                     ( ☐ )   (i)   Curfew. You are restricted to your residence every day (  ☐  ) from _____ to _____ , or ( ☐ ) as
                                      directed by the pretrial services office or supervising officer; or
                     ( ☒ )   (ii)   Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance
                                      abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by
                                      the pretrial services office or supervising officer; or
                     ( ☐ )   (iii)   Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court
                                      appearances or other activities specifically approved by the court; or
                     ( ☐ )   (iv)   Stand Alone Monitoring. You have no residential curfew, home detention, or home incarceration restrictions. However, you must
                                      comply with the location or travel restrictions as imposed by the court.
                                      Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release

Page  3  of  4  Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☒ )  (q)  submit to the following location monitoring technology and comply with its requirements as directed:
       ( □ )  (i)  Location monitoring technology as directed by the pretrial services or supervising officer; or
       ( □ )  (ii)  Voice Recognition; or
       ( □ )  (iii)  Radio Frequency; or
       ( ☒ )  (iv)  GPS.

( □ )  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ )  (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ )  (t)  Provide proof of disability payment to PTS.

Wife needs to sign paperwork by 5/3/24.

AO 199C   (Rev. 09/08) Advice of Penalties                                      Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.



_____
*Defendant's Signature*

_____
*Street, City, State, and Phone Number*

### Directions to the United States Marshal

(  ☐  ) The defendant is ORDERED released after processing.

(  ☒  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  May 07, 2024                        _____
                                           *Judicial Officer's Signature*

                                           Dena Hanovice Palermo
                                           *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL